No. 132. HANNA FURNACE CORP. *v.* UNITED STATES ET AL. November 6, 1944.

No. 139. NICHOLSON *v.* UNITED STATES. November 6, 1944.

No. 140. LOWERY *v.* UNITED STATES. November 6, 1944.

No. 172. PEITZMAN (NOW RILEY) ET AL. *v.* CITY OF ILLMO. November 6, 1944.

No. 177. LEDBETTER, ADMINISTRATOR, ET AL. *v.* FARMERS BANK & TRUST CO. ET AL. November 6, 1944.

No. 183. MARINO ET AL. *v.* UNITED STATES. November 6, 1944.

No. 184. TAYLOR ET AL., TRUSTEES, *v.* PAYNE, ADMINISTRATRIX. November 6, 1944.

No. 194. FINLAYSON ET VIR *v.* TOWN OF MONTICELLO. November 6, 1944.

No. 229. TAYLOR *v.* UNITED STATES. November 6, 1944.

No. 244. DENNICK, ADMINISTRATOR, *v.* MIAMI SAVINGS & LOAN CO. November 6, 1944.